UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
NI KETUT SULASTRI,                                    12 CV 3538 (JS) (ARL)

                Plaintiff,       STIPULATION OF DISMISSAL
                                  WITH PREJUDICE
-against-

LAWRENCE T. HALSEY, ROSE V.
HALSEY, and COASTAL PROJECTION
CORPORATION,

                Defendants.
----------------------------------------------------X

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that this action is dismissed with prejudice and without any costs, fees, or disbursements assessed against any party except as provided in the parties' Agreement and Release.

Dated: Westbury, New York
       November 12, 2014

| | |
|---|---|
| Neil H. Greenberg & Associates, P.C. | Meyer Suozzi English & Klein, P.C. |
| By: _____ | By: _____ |
| Justin M. Reilly, Esq. | Paul F. Millus, Esq. |
| Attorneys for the Defendants | Attorneys for the Plaintiff |
| 900 Merchants Concourse, Suite 314 | 990 Stewart Avenue |
| Westbury, New York 11590 | Garden City, New York 11530 |
| (516) 228-5100 | (516) 741-6565 |

                SO ORDERED:  _____
                                        U.S.D.J.