UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

NI KETUT SULASTRI,                                    12 CV 3538 (JS) (ARL)

                 Plaintiff,                      STIPULATION OF DISMISSAL
                                                  WITH PREJUDICE

    -against-

LAWRENCE T. HALSEY, ROSE V.
HALSEY, and COASTAL PROJECTION
CORPORATION,

                 Defendants.

-------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and

between the parties that this action is dismissed with prejudice and without any costs, fees, or

disbursements assessed against any party except as provided in the parties' Agreement and

Release.

Dated: Westbury, New York
       November 12, 2014

Neil H. Greenberg & Associates, P.C.          Meyer Suozzi English & Klein, P.C.
By: _____                  By: _____
    Justin M. Reilly, Esq.                        Paul F. Millus, Esq.
    Attorneys for the Defendants                  Attorneys for the Plaintiff
    900 Merchants Concourse, Suite 314            990 Stewart Avenue
    Westbury, New York 11590                      Garden City, New York 11530
    (516) 228-5100                                (516) 741-6565

*The Clerk of the Court is directed to mark this matter CLOSED.*

SO ORDERED:

/s/ JOANNA SEYBERT

Joanna Seybert, USDJ
Dated: Nov. 14, 2014
Central Islip, NY

-9-